Mr. Kunz                                            6-1-10

10-2397

I am writeing you to inform you that my Address has changed to the following Address it is P.O. Box 999, 1120 Pike Street Huntingdon, PA 16652

Please Make A note of this for the records sir so Any legal Mail you send will come to my new Address sir I really Appreciate it sir.

Respectfully submitted

Devon A. Smith

GC-2214