MR. KUNZ = Clerk of courts

10-2397

Mr. Kunz I have wrote you more then 6 times And have not heard Back from At All this is the 7th time I am writeing you But you just Refuse to Respond Back to my letters Can you please explain to me why is this sir, I wrote you for A copy of my civil complaint 3 times And you did not even Aknowlodge me to Date, I Do not have money to pay for this Also I need to know if I was Apponited counsel I Do not know How to Do Motion But my civil complaint has merits I know this I eye witness I had very Bad injuryes to my face But it seems you And the court Do not care what happend to me my eye is still messed up from the use of force I Can not Afford An Attorney I have No Money I was getting SSI And SSDI on the street But that stop once I

FILED
AUG 18 2010
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

got locked up my money stopped coming it was cutoff Because the state provides for me And I am in no way Able to pay for An Attorney At this time And Ask And pray that this cort Appoints me counsel Do to the fact I have A learning Disability And I have A Hard time Read And spelling And At the present time I am in the (BHU) the Hole on long term D/C status Awaiting to Be Placed in A long term mental Health Program But it's taken time for the state to find me A program this is why I am Asking the court to Appoint me counsel to win my case so please Do not Delay the process Any longer sir I need An Attorney for this case.

I await your speedy Response on this matter sir Please Respond IN A timely manner tony letter!

cc: Tom. Corbett
senators stewart, brow lot
members of the Press!
Gov: Edward, Rendell
General Ashley
File

Respectfully Submitted
DEVON A. Smith