IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DEVON A. SMITH | : | CIVIL ACTION |
| v. | : | |
| SGT. RILEY, et al | : | NO. 10-2397 |

## O R D E R

AND NOW, this 23rd day of August, 2010, it is ORDERED that the Clerk of Court attempt to appoint counsel for plaintiff in this action from the Prisoner Civil Rights Attorney Panel. Ruling on defendants' motion to dismiss plaintiff's complaint is deferred pending appointment of counsel.

                                                                  _s/Thomas N. O'Neill, Jr._
                                              THOMAS N. O'NEILL, JR.,    J.