IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SMITH | : | CIVIL ACTION |
| v. | : | |
| RILEY, et al. | : | NO. 10-2397 |

### ORDER

AND NOW, this 4th day of Oct 2010, it is **ORDERED** that Alexander Bilus, Esquire, Joshua Richards, Esquire, and Stephen D. Brown, Esquire of Dechert LLP are appointed to represent the plaintiff in this action.

This appointment shall remain in effect until the final determination in this court or until amended or revoked by Order of this Court.

_____
THOMAS N. O'NEILL, JR., J.