

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DEVON A. SMITH,
        Plaintiff,

v.

SGT. RILEY, et al.,
        Defendants.

Civil Action No. 10-2397

FILED
OCT 21 2010
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## JOINT SCHEDULING STIPULATION

Plaintiff Devon A. Smith and Defendants Sgt. Riley, Officer Banks, and Officer McCann, by and through their undersigned counsel, stipulate as follows:

WHEREAS, Plaintiff filed a *pro se* Complaint in this action on or about May 20, 2010;

WHEREAS, Defendants filed a Motion to Dismiss Plaintiff's Complaint or, in the Alternative, for Summary Judgment in Light of Plaintiff's Failure to Exhaust Administrative Remedies ("Motion to Dismiss") on July 26, 2010; and

WHEREAS, the Court appointed counsel for Plaintiff on October 4, 2010;

The following is hereby STIPULATED AND AGREED, pursuant to Local Rule of Civil Procedure 7.4, by and among the undersigned attorneys for the parties.

1. Defendants shall file a Motion to Withdraw the pending Motion to Dismiss without prejudice to re-file in response to an amended complaint.

2. Plaintiff shall file an amended complaint on or before November 5, 2010.

3. Defendants shall answer, plead, or otherwise move on or before November 19, 2010.

4. Fact discovery is to be completed by March 2, 2011.

5. Expert discovery (if necessary):

    a. The parties shall exchange initial expert reports on or before March 15, 2011.

1

      b. Expert depositions shall conclude on or before April 1, 2011.

      c. The parties shall exchange rebuttal expert reports on or before April 15, 2011.

6. Dispositive Motions:

      a. The parties shall file dispositive motions on or before May 1, 2011.

      b. The parties shall file responses to dispositive motions on or before May 22, 2011.

      c. The parties may file replies in support of dispositive motions on or before May 29, 2011.

7. This case will be placed in the trial pool on July 31, 2011.

Dated: Oct. 14, 2010

Alexander R. Bilus
sandy.bilus@dechert.com
Joshua W.B. Richards
joshua.richards@dechert.com
Dechert LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
ph: 215-994-4000
fax: 215-994-2222

*Plaintiff's Counsel*

2

Dated: Oct. 14, 2010

*[signature]*
Philip W. Newcomer
pnewcome@montcopa.org
Montgomery County Solicitor's Office
One Montgomery Plaza, Suite 800
P.O. Box 311
Norristown, PA  19404-0311
ph: 610-278-3033

*Defendant's Counsel*

3

## ORDER

The above joint stipulation having been considered, and good cause appearing therefore, IT IS SO ORDERED.

___10/21/10___           ___/s/ T.N. O'Neill___
Date                                   Thomas N. O'Neill, Jr.
                                        United States District Judge

4